FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Sep 13, 2019
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | |
| | ) | No. 19-2113 |
| v. | ) | |
| | ) | |
| ROGER D. MORTON, | ) | |
| Defendant | ) | |

COMPLAINT

Comes now the United States of America, and for its cause of action against the Defendant, Roger D. Morton, states:

1. This is an action brought pursuant to the Federal Debt Collection Procedures Act, 28 U.S.C. § 3001 et. seq., and the Court has jurisdiction of this action pursuant to 28 U.S.C. § 1345.

2. Venue is proper in the Western District of Arkansas pursuant to 31 U.S.C. § 3732(a), 28 U.S.C. § 1391(b), and 28 U.S.C. § 1395(a).

3. The Defendant resides in Logan County within the Western District of Arkansas.

4. The Defendant did knowingly convert to his own use, $13,813.00 belonging to the Social Security Administration, an agency of the United States of America

WHEREFORE, Plaintiff, United States of America, prays for judgment in personam against the Defendant, Roger D. Morton, for the principal amount of $13,813.00 and that the Plaintiff have such other proper relief to which it is entitled.

DUANE DAK KEES
UNITED STATES ATTORNEY

By: *Mark W. Webb*
    Mark W. Webb
Assistant U. S. Attorney
Ark. Bar Number 77141
414 Parker Avenue
Ft. Smith, AR  72901
Phone:  (479) 783-5125 Fax:  (479) 441-0569
Email:  mark.webb@usdoj.gov