UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                              No. 2:19-CV-02113

ROGER D. MORTON                                                              DEFENDANT

## JUDGMENT

Pursuant to the statement of waiver of issuance and service of process and consent to entry of judgment filed in this case on September 13, 2019, judgment is entered in favor of the United States of America on its claims against Defendant Roger D. Morton in the amount of $13,813.00.

Interest on this judgment will accrue at the rate of 1.81% per annum from the date of entry of this judgment until paid.

IT IS SO ADJUDGED this 17th day of September, 2019.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE